NICOLAS MORGAN (Bar No. 166441)
nicolas.morgan@dlapiper.com
JOSHUA BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
ESTEBAN MORALES (Bar No. 273948)
esteban.morales@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067
Tel:  310.595.3000
Fax:  310.595.3300

Attorneys for Receiver Robert P. Mosier

E-FILED 11/05/13

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for PRIVATE EQUITY MANAGEMENT GROUP, LLC, PRIVATE EQUITY MANAGEMENT GROUP, INC., and subsidiaries and affiliates, including GENESIS VOYAGER EQUITY CORPORATION, GENESIS VOYAGER EQUITY II CORPORATION, GVEC RESOURCE, INC., GVEC RESOURCE II, INC., GVEC RESOURCE III, INC., and GVEC RESOURCE IV, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>NASAR ABOUBAKARE; and DOES 1-5, inclusive,<br><br>          Defendants. | Case No. SACV 12-00573 PSG (Ex)<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE**<br><br>Date:          [no hearing required]<br>Time:         [no hearing required]<br>Judge:        Hon. Philip S. Gutierrez<br>Courtroom:  880-Roybal |

WEST\244954212.1

DLA Piper LLP (US)
Los Angeles

ORDER DISMISSING CASE

1  The Court, having considered the Joint Stipulation for an Order Dismissing Case, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. This action, and all claims asserted herein, are dismissed without prejudice;

2. Each Party shall bear its own costs; and

3. The Court shall retain jurisdiction over the Parties and the subject matter of this action, under the authority of *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994), so as to enforce the terms of the Settlement Agreement and Release into which the Parties entered on November 4, 2013.

**IT IS SO ORDERED.**

Dated: 11/5/13

### PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
United States District Court Judge