E-FILED 6/15/16

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for PRIVATE EQUITY MANAGEMENT GROUP, LLC, PRIVATE EQUITY MANAGEMENT GROUP, INC., and subsidiaries and affiliates, including GENESIS VOYAGER EQUITY CORPORATION, GENESIS VOYAGER EQUITY II CORPORATION, GVEC RESOURCE, INC., GVEC RESOURCE III, INC., and GVEC RESOURCE IV, INC., <br><br>Plaintiff, <br><br>v. <br><br>NASAR ABOUBAKARE; and DOES 1-5, inclusive, <br><br>Defendants. | Case No. SACV 12-00573 PSG (Ex) <br><br>[~~PROPOSED~~] **JUDGMENT AGAINST DEFENDANT NASAR ABOUBAKARE** <br><br>Date:     [no hearing required] <br>Time:     [no hearing required] <br>Judge:    Hon. Philip S. Gutierrez <br>Courtroom: 880-Roybal |

JUDGMENT

Pursuant to the Stipulation for Entry of Judgment against Defendant Nasar Aboubakare ("Defendant"), and pursuant to the Settlement Agreement and Release (the "Settlement Agreement") between Plaintiff Receiver Robert P. Mosier (the "Receiver") and Defendant,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Receiver shall recover from Defendant the amount of Five Hundred Thousand Dollars ($500,000.00), less One Hundred Twenty-Eight Thousand dollars ($128,000.00) that represents the amount the Receiver received from Defendant before default;

2. Post-judgment interest shall accrue in the amount of five percent (5%) per year from the date of entry of this Judgment;

3. The Receiver shall recover reasonable attorneys' fees and costs incurred in connection with the enforcement of the Settlement Agreement and this Judgment; and

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and this Judgment.

**IT IS SO ORDERED.**

Dated: 6/15/16

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
United States District Court Judge